# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 JUL 31  PM 2: 38

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CLERK US DISTRICT COURT |
| Plaintiff, | CASE NO. 12CR2862-AJB-02 |
| vs. | BY _____ *Van* _____ DEPUTY |
| MARIA INES MEJIA (02), | **JUDGMENT OF DISMISSAL** |
| Defendant. |  |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

  X   of the offense(s) as charged in the Indictment/Information:

8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain

8:1324(a)(2)(B)(iii);18:2 - Bringing in Illegal Aliens Without Presentation; Aiding and Abetting

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 07/27/12

_____
Anthony J. Battaglia
U.S. District Judge